IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SPEECH FIRST, INC., *Plaintiff*, <br><br> v. <br><br> Wendy WINTERSTEEN, in her official capacity as President of Iowa State University of Science and Technology, et al., *Defendants*. | Case No. 4:20-cv-2-SMR-SBJ <br><br> **JOINT STIPULATION** |

Plaintiff, Speech First, Inc., and all Defendants[*] file the following stipulations with the Court:

1. Defendants stipulate that Plaintiff can obtain full and complete relief from Defendant Wendy Wintersteen, in her official capacity as President of Iowa State University. The University and its officials will comply with any judgment and remedy that the Court enters against Defendant Wintersteen.

2. Plaintiff stipulates that it will amend its complaint so that Defendant Wintersteen is the only defendant.

---

[*] Defendants are Wendy Wintersteen, in her official capacity as President of Iowa State University of Science and Technology; Martino Harmon, in his official capacity as Senior Vice President for Student Affairs; Vernon Hurte, in his official capacity as Dean of Students; Sara Kellogg, in her official capacity as Assistant Dean of Students and Director of the Office of Student Conduct; Dawn Bratsch-Prince, in her official capacity as Associate Provost; Margo Foreman, in her official capacity as Assistant Vice President for Diversity and Inclusion and Equal Opportunity; Andrea Little, in her official capacity as Manager of Employee and Labor Relations; Jazzmine Brooks, in her official capacity as Equity and Inclusion Coordinator; Kenyatta Shamburger, in his official capacity as Assistant Dean of Students and Director of Multicultural Student Affairs; Pete Englin, in his official capacity as Assistant Vice President for Student Affairs and Director of Residence Life; Virginia Speight, in her official capacity as Associate Director of Residence Life; Reginald Stewart, in his official capacity as Vice President for Diversity and Inclusion; Michael Norton, in his official capacity as University Counsel; Michael Newton, in his official capacity as Assistant Vice President and Chief of the Iowa State University Police Department; Aaron Delashmutt, in his official Capacity as Assistant Chief of Iowa State University Police Department; Michael Richards, Patty Cownie, David Barker, Sherry Bates, Nancy Boettger, Milt Dakovich, Nancy Dunkel, Zack Leist, Jim Lindenmayer, all in their official capacities as members of the Iowa State University Board of Regents.

3. Defendants stipulate that Plaintiff's amendment will not prejudice Plaintiff in any way, including by limiting Plaintiff's right to amend the complaint again or by limiting the number of depositions that Plaintiff can take.

Dated: January 8, 2020          Respectfully submitted,

| | |
|---|---|
| /s/ Thomas R. McCarthy | THOMAS J. MILLER<br>Attorney General of Iowa |
| Thomas R. McCarthy<br>   *Lead Counsel*<br>J. Michael Connolly<br>Cameron T. Norris<br>Tiffany H. Bates<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>mike@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>tiffany@consovoymccarthy.com | /s/ Jeffrey S. Thompson<br>Jeffrey S. Thompson<br>Solicitor General of Iowa<br>Office of the Iowa Attorney General<br>Hoover State Office Building, 2nd FL<br>Des Moines, Iowa 50319<br>PHONE: (515) 281-4419<br>FAX: (515) 281-4902<br>jeffrey.thompson@ag.iowa.gov<br><br>*Counsel for Defendants* |
| Skylar J. Limkemann, AT0012324<br>SMITH MILLS SCHROCK BLADES PC<br>118 3rd Ave. SE, Suite 200<br>P.O. Box 36<br>Cedar Rapids, IA 52406-0036<br>(319) 286-1743<br>(319) 286-1748 (fax)<br>SLimkemann@smithmillslaw.com | |
| *Counsel for Plaintiff* | |

# CERTIFICATE OF SERVICE

I filed these stipulations with the Court via ECF, which will notify all counsel of record.

Dated: January 8, 2020          /s/ Thomas R. McCarthy
                                Counsel for Plaintiff Speech First, Inc.