IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SPEECH FIRST, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>WENDY WINTERSTEEN, in her official capacity as President of Iowa State University of Science and Technology, et al.,<br><br>　　Defendant. | Case No. 4:20-cv-02<br><br><br>**MOTION TO WITHDRAW** |

　　**COMES NOW** Solicitor General Jeffrey S. Thompson, and hereby moves to withdraw his appearance on behalf of Defendant Wendy Wintersteen. Defendant will continue to be represented by attorney Matthew D. Callanan from Belin McCormick, P.C.

　　　　　　　　　　　　　　　　　　**THOMAS J. MILLER**
　　　　　　　　　　　　　　　　　　Attorney General of Iowa

　　　　　　　　　　　　　　　　　　*/s/ Jeffrey S. Thompson*
　　　　　　　　　　　　　　　　　　Jeffrey S. Thompson AT0009692
　　　　　　　　　　　　　　　　　　Solicitor General of Iowa
　　　　　　　　　　　　　　　　　　Office of the Attorney General of Iowa
　　　　　　　　　　　　　　　　　　Hoover State Office Building, 2nd Floor
　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50319
　　　　　　　　　　　　　　　　　　PHONE: (515) 281-4419
　　　　　　　　　　　　　　　　　　FAX: (515) 281-4902
　　　　　　　　　　　　　　　　　　E-MAIL: jeffrey.thompson@ag.iowa.gov
　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

| **PROOF OF SERVICE** |
|---|
| The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on February 4, 2020:<br><br>☐ U.S. Mail　　　　　　☐ FAX<br>☐ Hand Delivery　　　　☐ Overnight Courier<br>☐ Federal Express　　　☐ Other<br>☒ ECF System Participant (Electronic Service)<br><br>Signature: /s/AUDRA DRISH |

1